UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jerie Lofgren,  Civil No. 09-3599 (RHK/AJB)

    Plaintiff,  **ORDER FOR JUDGMENT OF DISMISSAL**

vs.

National Asset Recovery Services, Inc.,
Jane Doe #1 and Jane Doe #2,

    Defendants.

---

Pursuant to the Notice of Dismissal (Doc. No. 2), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 12, 2010

                                                  s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge